# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GHAZIR GIRON LACAYO** | **CIVIL ACTION** |
| **VERSUS** | **NO: 08-4970** |
| **ELAINE W. DIMICELI** | **SECTION: "J" (4)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the Plaintiff's Objection to the Magistrate Judge's Report and Recommendation (Rec. Doc. 6), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore,

**IT IS ORDERED** that Ghazir Giron Lacayo's claims against Judge Elaine W. DiMiceli in her official capacity are **DISMISSED WITHOUT PREJUDICE** pursuant to the Eleventh Amendment.

**IT IS FURTHER ORDERED** that Ghazir Giron Lacayo's claims against Judge Elaine W. DiMiceli in her individual capacity are **DISMISSED WITH PREJUDICE** as frivolous, for failing to state a claim on which relief may be granted, and/or for seeking monetary damages against a defendant who is immune from such relief.

New Orleans, Louisiana, this  10th  day of    February   , 2009.

_____
**UNITED STATES DISTRICT JUDGE**